# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RICHARD RINGEL,**
Appellant,

v.

**CLAUDINE CERMAK,**
Appellee.

No. 4D19-22

[July 11, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502009DR008782XXXXSB.

Richard Ringel, Boynton Beach, pro se.

Joseph A. Costello of Costello Law, LLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KUNTZ, J. and BOATWRIGHT, JOE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***